7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Michael Anthony Mayberry
*Debtor*

*Bankruptcy Case No.*
15–40755–can7

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04080–can

v.

**Michael Anthony Mayberry**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: that the indebtedness owed by Defendant to KDoL, which is subject to statutory interest and penalty imposed pursuant to K.S.A. §44–719(d)(2) as assessed in the underlying administrative proceeding, should be and hereby is exempted from discharge including such interest and penalty, and also grants KDoL judgment against defendant for the costs of this matter in the form of filing fees in the amount of $350.00, all pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S.C. 1328.

PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk



Date of issuance: 9/15/15

Court to serve